UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MYERS, SUZANNE K § Case No. 11-83635
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on   9/5/2012   in Courtroom 3100,
United States Courthouse
327 South Church Street
Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: /s/ Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MYERS, SUZANNE K | § | Case No. 11-83635 |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,000.00 |
| and approved disbursements of | $ | 6.45 |
| leaving a balance on hand of[1] | $ | 7,993.55 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,668.00 | $ 0.00 | $ 2,668.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 97.81 | $ 0.00 | $ 97.81 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,315.81 |
| Remaining Balance | $ 3,677.74 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,218.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Bureaus Investment Group Portfolio No 15 LLC | $ 3,061.77 | $ 0.00 | $ 310.90 |
| 000002A | Wendell Smith | $ 27,400.00 | $ 0.00 | $ 2,782.31 |
| 000003A | Joan Backer | $ 1,172.00 | $ 0.00 | $ 119.01 |
| 000004 | GE Capital Retail Bank | $ 1,945.63 | $ 0.00 | $ 197.57 |
| 000005 | GE Capital Retail Bank | $ 2,638.79 | $ 0.00 | $ 267.95 |

Total to be paid to timely general unsecured creditors        $        3,677.74
Remaining Balance                                              $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                                Prepared By: /s/ Daniel M. Donahue
                                                                       Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-83635-MB
Suzanne K Myers                                                           Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cbachman          Page 1 of 3          Date Rcvd: Aug 10, 2012
                              Form ID: pdf006         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2012.
```
db          +Suzanne K Myers,    2203 Glenwood Avenue,    Rockford, IL 61103-3868
17682006    +Behavorial Medicine & Neurophyschol,    6973 Redansa Drive,    Rockford, IL 61108-1201
17682007   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One, N.a.,    Bankruptcy Dept,    Po Box 5155,
             Norcross, GA 30091)
17682008    +CB Accounts,    124 SW Adams Street,    Peoria, IL 61602-2321
17682009    +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
17682010    +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
17682014     Hastings Mutual Insurance Company,    404 E. Woodlawn Avenue,    Hastings, MI 49058-1091
17682015    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
17682016    +Joan Backer,    5391 Yellowstone Drive,    Rockford, IL 61109-3869
17682017    #+Mathers Clinic,    6180 E. State St.,    Rockford, IL 61108-3014
17682018    +Members Alliance,    2550 S. Alpine,    Rockford, IL 61108-7890
17682019    +Meyer & Njus,    1100 U.S. Bank Plaza,    200 S. Sixth St.,    Minneapolis, MN 55402-1403
17682020    +Mutual Management Services,    401 E. State St., 2nd Fl,    P. O. Box 4777,
             Rockford, IL 61110-4777
17682021    +OSF Healthcare,    P. O. Box 1806,    Peoria, IL 61656-1806
17682022    +RMS,    4836 Brecksville Rd.,    P. O. Box 523,    Richfield, OH 44286-0523
17682023     Rockford Health Physicians,    Dept. CH 10862,    Palatine, IL 60055-0862
17682024     Rockford Memorial Hospital,    P. O. Box 14125,    Rockford, IL 61105-4125
17682025    +Rockford Mercantile,    2502 S Alpine Rd,    Rockford, IL 61108-7813
17682026    +Rockford Orthopedic Assoc.,    324 Roxbury Rd.,    Rockford, IL 61107-5090
17682027    +Rockford Pain Center,    c/o Professional Billing,    6785 Weaver Rd. #D,    Rockford, IL 61114-8057
17682029    +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
17682030    +Swedish American Hospital,    P. O. Box 4447,    Rockford, IL 61110-0947
17682031    +Thomas Dahlberg, M.D.,    2902 McFarland, Ste. 202,    Rockford, IL 61107-6801
17682033    #+Thomas Myers,    5685 Whispering Way,    Loves Park, IL 61111-4348
17682034    +Trustgard Insurance Company,    P. O. Box 88017,    Chicago, IL 60680-1017
17682012   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Service,    P. O. Box 6335,    Fargo, ND 58125)
17682035    +Wendell Smith,    5391 Yellowstone Drive,    Rockford, IL 61109-3869
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18604568      E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2012 02:05:02
              Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
              25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17682011     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Aug 11 2012 00:18:22      Creditors Protection S,
              202 W State St Ste 300,    Rockford, IL 61101-1163
18961468      E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2012 02:05:02      GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17682013     +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2012 02:46:23      Gemb/jcp,    Attention: Bankruptcy,
              Po Box 103104,    Roswell, GA 30076-9104
17682028     +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2012 02:05:01      Sams Club,
              Attention: Bankruptcy Department,    Po Box 105968,    Atlanta, GA 30348-5968
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17682032    ##+Thomas Myers,    510 David Drive,    Winnebago, IL 61088-9699
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: cbachman           Page 2 of 3              Date Rcvd: Aug 10, 2012
                              Form ID: pdf006          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2012**            **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: cbachman             Page 3 of 3                  Date Rcvd: Aug 10, 2012
                              Form ID: pdf006            Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2012 at the address(es) listed below:
              Daniel  Donahue    ddonahue@mjwpc.com,   ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel Donahue ddonahue@mjwpc.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Theresa L Campbell    on behalf of Debtor Suzanne Myers tcampbelllaw@aol.com
                                                                                             TOTAL: 4