UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MYERS, SUZANNE K § Case No. 11-83635
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/DANIEL M. DONAHUE_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Behavorial Medicine & Neurophyschol 6973 Redansa Drive Rockford, IL 61108 | | | | | |
| | CB Accounts 124 SW Adams Street Peoria, IL 61602 | | | | | |
| | Capital One, N.a. Bankruptcy Dept Po Box 5155 Norcross, GA 30091 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Creditors Protection S 202 W State St Ste 300 Rockford, IL 61101 | | | | | |
| | Elan Financial Service P. O. Box 6335 Fargo, ND 58125 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hastings Mutual Insurance Company 404 E. Woodlawn Avenue Hastings, MI 49058-1091 | | | | | |
| | Mathers Clinic 6180 E. State St. Rockford, IL 61108 | | | | | |
| | Members Alliance 2550 S. Alpine Rockford, IL 61108 | | | | | |
| | Meyer & Njus 1100 U.S. Bank Plaza 200 S. Sixth St. Minneapolis, MN 55402 | | | | | |
| | Mutual Management Services 401 E. State St., 2nd Fl P. O. Box 4777 Rockford, IL 61110 | | | | | |
| | OSF Healthcare P. O. Box 1806 Peoria, IL 61656 | | | | | |
| | RMS 4836 Brecksville Rd. P. O. Box 523 Richfield, OH 44286 | | | | | |
| | Rockford Health Physicians Dept. CH 10862 Palatine, IL 60055-0862 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rockford Memorial Hospital P. O. Box 14125 Rockford, IL 61105-4125 | | | | | |
| | Rockford Mercantile 2502 S Alpine Rd Rockford, IL 61108 | | | | | |
| | Rockford Orthopedic Assoc. 324 Roxbury Rd. Rockford, IL 61107 | | | | | |
| | Rockford Pain Center c/o Professional Billing 6785 Weaver Rd. #D Rockford, IL 61114 | | | | | |
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | Swedish American Hospital P. O. Box 4447 Rockford, IL 61110-0948 | | | | | |
| | Thomas Dahlberg, M.D. 2902 McFarland, Ste. 202 Rockford, IL 61107 | | | | | |
| | Trustgard Insurance Company P. O. Box 88017 Chicago, IL 60680 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | BUREAUS INVESTMENT GROUP PORTFOLIO | | | | | |
| 000004 | GE CAPITAL RETAIL BANK | | | | | |
| 000005 | GE CAPITAL RETAIL BANK | | | | | |
| 000003A | JOAN BACKER | | | | | |
| 000002A | WENDELL SMITH | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:          11-83635      MLB     Judge: MANUEL BARBOSA                Trustee Name:                 DANIEL M. DONAHUE
Case Name:        MYERS, SUZANNE K                                           Date Filed (f) or Converted (c):   08/17/11 (f)
                                                                             341(a) Meeting Date:          09/26/11
For Period Ending: 10/10/12                                                  Claims Bar Date:              06/01/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PNC checking account (Total account balance $5.00 | 2.50 | 0.00 | | 0.00 | FA |
| 2. Rockford Postal Credit Union savings account | 25.00 | 0.00 | | 0.00 | FA |
| 3. Rockford Postal Credit Union savings account with | 12.50 | 0.00 | | 0.00 | FA |
| 4. Rockford Postal Credit Union savings with child Al | 12.50 | 0.00 | | 0.00 | FA |
| 5. PNC Bank checking account # xxxx4459 | 100.00 | 0.00 | | 0.00 | FA |
| 6. Household goods and furnishings | 2,141.00 | 0.00 | | 0.00 | FA |
| 7. Wearing apparel for Debtor and two children | 300.00 | 0.00 | | 0.00 | FA |
| 8. Debtor has marital interest in her separated Husba | 0.00 | 0.00 | | 0.00 | FA |
| 9. US Savings Bonds Debtor owns jointly with her son, | 100.00 | 0.00 | | 0.00 | FA |
| 10. Debtor has interest in her mother Penny Smith's es | 11,781.75 | 8,000.00 | | 8,000.00 | FA |
| 11. 2001 Pontiac Grand Am Debtor owns jointly with hus | 1,200.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)        $15,675.25        $8,000.00            $8,000.00        Gross Value of Remaining Assets  $0.00
                                                                                                 (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 09/01/12     Current Projected Date of Final Report (TFR): 09/01/12

LFORM1
UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 17.00a

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-83635 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | MYERS, SUZANNE K | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******6104 GENERAL CHECKING |
| Taxpayer ID No: | *******5235 | | |
| For Period Ending: | 10/10/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/01/12 | 10 | WENDELL E. SMITH<br>Executor of the Estate of Penelope Smith | DECEDENT ESTATE | 1129-000 | 8,000.00 | | 8,000.00 |
| 06/19/12 | 001000 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 6.45 | 7,993.55 |
| 09/10/12 | 001001 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,550.00 | 6,443.55 |
| 09/10/12 | 001002 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,668.00 | 3,775.55 |
| 09/10/12 | 001003 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 97.81 | 3,677.74 |
| 09/10/12 | 001004 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000001, Payment 10.2% | 7100-000 | | 310.90 | 3,366.84 |
| 09/10/12 | 001005 | Wendell Smith<br>5391 Yellowstone Drive<br>Rockford, IL 61109 | Claim 000002A, Payment 10.2% | 7100-000 | | 2,782.31 | 584.53 |
| 09/10/12 | 001006 | Joan Backer<br>5391 Yellowstone Drive<br>Rockford, IL 61109 | Claim 000003A, Payment 10.2% | 7100-000 | | 119.01 | 465.52 |
| 09/10/12 | 001007 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 10.2% | 7100-000 | | 197.57 | 267.95 |
| 09/10/12 | 001008 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 10.2% | 7100-000 | | 267.95 | 0.00 |

Page Subtotals 8,000.00 8,000.00

Ver: 17.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-83635 -MLB |
| Case Name: | MYERS, SUZANNE K |
| Taxpayer ID No: | *******5235 |
| For Period Ending: | 10/10/12 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******6104 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,000.00 | 8,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,000.00 | 8,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,000.00 | 8,000.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | GENERAL CHECKING - ********6104 | | 8,000.00 | 8,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 8,000.00 | 8,000.00 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*